1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRIAN C. VANDERHOOF, SB# 248511
2    E-Mail: Brian.Vanderhoof@lewisbrisbois.com
JONATHAN WON, SB# 293910
3    E-Mail: Jonathan.Won@lewisbrisbois.com
45 Fremont Street, Suite 3000
4  San Francisco, California 94105
Telephone: 213.680.5064
5  Facsimile: 213.250.7900

6  Attorneys for Defendant,
FORD MOTOR COMPANY
7
**CONSUMER LAW EXPERTS, PC**
8  JORDAN COHEN (SBN 281942)
      E-Mail: jordan@nolemon.com
9  800 Parkview Dr. N
El Segundo, CA 90245
10  Telephone: (310) 442-1410
Facsimile: (877) 566-8828
11
Attorney for Plaintiff,
12  JOSHUA TOLBERT

13                     UNITED STATES DISTRICT COURT
14                     EASTERN DISTRICT OF CALIFORNIA
15

16  JOSHUA TOLBERT, an individual,        Case No.: 2:23-CV-01628-KJM-AC
17
              Plaintiff,
18
        vs.                              **JOINT NOTICE OF SETTLEMENT**
19
FORD MOTOR COMPANY; and
20  DOES 1 through 50, inclusive,
21
              Defendant.
22

23  **TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

24       PLEASE TAKE NOTICE that Plaintiff Joshua Tolbert and Defendant Ford

25  Motor Company (collectively, the "Parties"), jointly, write to advise this Court that

26  the Parties have settled the aforementioned matter. The Parties request that the Court

27  vacate any upcoming hearings and deadlines, while performance of the settlement

28  terms are effectuated and finalized.

**LEWIS BRISBOIS**

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file a Stipulation of Dismissal of the entire action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties expect to file the Stipulation of Dismissal within ninety (90) days and therefore request the Court to set an order to show cause re settlement for hearing that will be vacated upon the Court's receipt of the executed Stipulation of Dismissal.

DATED:  December 28, 2023      CONSUMER LAW EXPERTS, PC

By:  /s/ Jordan Cohen
JORDAN COHEN
Attorneys for Plaintiff
Joshua Tolbert

DATED:  December 27, 2023      LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Brian C. Vanderhoof
BRIAN C. VANDERHOOF
JONATHAN WON
Attorneys for Defendant FORD MOTOR COMPANY